

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00374-CR

| | | |
|---|---|---|
| ZACHARY AUGUSTE KITCHEN, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1478907D) |
| v. | § | December 31, 2018 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment adjudicating guilt and the judgment nunc pro tunc. The judgment adjudicating guilt is modified to delete $420 from the order to withdraw funds so that it reflects that $0 should be withdrawn from Appellant's inmate trust account, and we delete the line in the judgment adjudicating guilt that states, "REPARATIONS IN THE AMOUNT OF $420." The judgment nunc pro tunc is modified to state, "While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's ORIGINAL

Motion to Adjudicate Guilt as attached: PARAGRAPHS ONE, THREE, FOUR, AND FIVE." It is ordered that the judgment adjudicating guilt and the judgment nunc pro tunc are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
        Justice Dabney Bassel